# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 9, 2010

141012-3

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

PAUL M. LUBIENSKI, GEORGE LUBIENSKI,
ROSE MARIE LUBIENSKI, WALTER
LUBIENSKI, MARY FLANAGAN, ROBERT
FLANAGAN, OAKRIDGE ESTATE
DEVELOPMENT, LLC, and ARBOR
HEIGHTS, LLC,
          Plaintiffs-Appellants,

v

SCIO TOWNSHIP and SCIO TOWNSHIP
BOARD OF TRUSTEES,
          Defendants-Appellees.

SC: 141012-3
COA: 288727; 288769
Washtenaw CC: 06-001098-CZ

_____/

        On order of the Court, the application for leave to appeal the March 23, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 9, 2010                 _____
                                       Clerk

p0830